IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| RICHARD A. EJIMOLE,<br>　　Plaintiff,<br><br>v.<br><br>JOSEPH W. BOUNDS, et al,<br>　　Defendants. | §<br>§<br>§<br>§　Civil Action No. 3:05-CV-2410-M (BH)<br>§<br>§<br>§<br>§<br>§ |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, & RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, & Recommendation of the United States Magistrate Judge on the Court's *sua sponte* dismissal, without prejudice, of Plaintiff's claim for failure to file a valid return of service pursuant to FED.R.CIV.P. 4(m). No objections were filed. The District Court reviewed the proposed Findings, Conclusions, & Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, & Recommendation of the United States Magistrate Judge.

Plaintiff's *Complaint*, filed December 7, 2005, is **DISMISSED** without prejudice.

SIGNED this 26th day of June, 2007.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS